JAMES STROUSE #15976078
Name and Prisoner/Booking Number

USP TUCSON
Place of Confinement

P.O. BOX 24550
Mailing Address

TUCSON, AZ. 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED ___
RECEIVED ___ COPY

NOV 16 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## TUCSON DIVISION

JAMES STROUSE, et al.
(Full Name of Plaintiff)
                    Plaintiff,

vs.

(1) D. MADRID
(Full Name of Defendant)

(2) THERESA TALPLACIDO

(3) _____

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CV 17-0562 TUC RCC PSOT
CASE NO. _____
(To be supplied by the Clerk)

RULE 3 OF FED.R.CRIM.P.
CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 18:241; 18:242; 18 USC, CH.83, STATUTE 1702; AND RULE 3 OF THE FED.R.CRIM.P.

2. Institution/city where violation occurred: USP TUCSON, TUCSON AZ.

## B. DEFENDANTS

1. Name of first Defendant: **D. MADRID**. The first Defendant is employed as: **SIS TECHNICIAN - USP** (Position and Title) at **USP TUCSON** (Institution).

2. Name of second Defendant: **THERESA TALPLACIDO**. The second Defendant is employed as: **GENERAL COUNSEL - USP** (Position and Title) at **USP TUCSON** (Institution).

3. Name of third Defendant: _____. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **STROUSE, et. al** v. **D. MADRID, et. al.**
      2. Court and case number: **4:17 CV 471**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **STILL PENDING**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _PLACED ONTO RESTRICTIVE SEGREGATION FOR RETALLIATION_

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☒ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 9/21/2017 STROUSE, et.al FILED CIVIL RIGHTS CLASS ACTION LAW SUIT ON SIS-D, MADRID AND LEGAL STAFF-THERESA TALPLACIDO IN CIVIL ACTION NO. 4:17 CV 471 FOR IMPEDING ACCESS TO THE COURTS, SEIZING LEGAL MAIL FROM STROUSE AND RONALD BOYAJIAN, et.al. ON 9/15/201, SIS FILED FRIVOLOUSE #203 INCIDENT AND WAS VACATED BECAUSE it WAS NOT A THREAT, ON OCT 4, 2017. ON 9/25/2017 SIS FILED 2ND #203 INCIDENT FOR THREATENING, ON 11/02/2017 DHO DISCIPLINARY HEARING OFFICER VACATED AND REDUCED TO A #298 INTERFERENCE. ON OCTOBER 31, 2017 C/O ART DULGOV FILED 3RD #203 FOR THREATENING TO KILL SIS MADRID, "FRIVOLOUS" PENDING (DHO). SIS, ON OCTOBER 31, 2017 PLACED STROUSE ON RESTRICTIVE SEGREGATION AND (HRA) HOUSING, RECREATION ALONE. STROUSE DID NOT THREATEN ANY INMATES NOR STAFF. STROUSE FILED GRIEVANCES, NO RESPONSE. ON OCTOBER 31, 2017 SIS MOVED STROUSE FROM (SHU) SPECIAL HOUSING UNIT RANGE D-213 TO RANGE F-258 AKA THE DUNGEON ALONE, DUE TO RETALIATION. ON 11/02/2017 SIS CAME BY STROUSES CELL F-258 AND TOLD STROUSE DO ALL OF US A FAVOR AND HANG YOURSELF, VIOLATION UNDER 18 USC §241.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   CONSTANT RETALLIATION OF FILING FRIVOLOUS INCIDENT REPORT(S) FOR THREATENING SIS AND LEGAL SO STROUSE CAN BE SHIPPED TO ADX OR SMU SPECIAL MANAGEMENT UNIT, PLACING RESTRICTIVE HOUSING UNIT.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _PENDING, WRITTEN SENSITIVE BP-11 AND SENSITIVE BP-10 NO RESPONSE._

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _IMPEDING ACCESS TO COURTS_

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments:

   ON OCTOBER 24, 2017 UNITED STATES DISTRICT COURT SHERMAN DIVISION ISSUED CIVIL ACTION NO. 4:17 CV 762 ON USDC NO 4:09 CR 46(1) STROUSES CONVICTION FROM DECEMBER 2009. ON OCTOBER 26, 2017 U.S. ATTORNEYS OFFICE FILED NOTICE OF APPEARANCE, SEE ₱ DKT#92, USDC 4:09 CR 46 1-2, PAGE Id#538. STROUSE FILED COP OUTS AND BP-9 GRIEVANCE FOR ADEQUATE ACCESS TO (SHU) SPECIAL HOUSING UNIT LAW LIBRARY IN SEGREGATION USP TUCSON, NO RESPONSE FROM BP-8. STROUSE ALSO FILED COP OUTS AND BP-9 FOR ACCESS TO HIS LEGAL MATERIAL CASE LAW CITATION(S) TO PREPARE HIS BRIEF FOR CIVIL ACTION NO. 4:17 CV 762 AND USDC 4:09 CR 46(1). ON NOVEMBER 3, 2017 THE WARDEN AND HIS ASSISTANT WALK THROUGH. STROUSE ASKED HIS STATUS AS TO HIS LEGAL MATERIALS AND GRIEVANCES. C/O ART DUIGOV SHRUGGED HIS SHOULDERS AND MOVED ONTO CELL F-257. STROUSE THEN SEEN Lt. HERLICH AND GAVE Lt. ANOTHER BP-8 GRIEVANCE. DEPRIVATION OF RIGHTS UNDER OR IN VIOLATION 18 USC § 242 PART OF THE FED. R. CRIM. P.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   DENIED ACCESS TO MY LEGAL CASE LAW CITATIONS AND ADEQUATE ACCESS TO (SHU) LAW LIBRARY TO PREPARE THIS APPEAL CONVICTION IN CIVIL ACTION NO. 4:17 CV 762, USDC EDTX 4:09 CR 46.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. DUE TO EXIGENT CIRCUMSTANCES, STROUSE DOES NOT HAVE A YEAR TO FILE GRIEVANCE(S) DUE TO HIS CONVICTION APPEAL.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __NA__

2. **Count III.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PURSUANT TO RULE 3, II PRELIMINARY PROCEEDINGS, THE COMPLAINT UNDER TITLE 18, UNITED STATES CODE, FACTS CONSTITUTING OFFENSE(S) CHARGED SEE ATTACHED UNDER OATH, DECLARATION, COUNT(S) 1-3, AND RULE 4 OF THE FED. R. CRIM. P. THAT AN ARREST WARRANT OR SUMMONS ON A COMPLAINT WITH RESPECT BE ISSUED, AS TO D. MADRID AND THERESA TALPLACIDO 9300 S. WILMOT RD, TUCSON AZ. 85756, UNITED STATES PENITENTIARY TUCSON.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/05/2017
             DATE

*James Stone*
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6