James Strouse #15976078
P.O. Box 24550
Tucson, AZ. 85734



IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION

James Strouse,

vs.

Theresa Talplacido,
D. Madrid,

CV17-0562 TUC RCC PSOT

JUDGE

18 USC § 241; & 242

## COMPLAINT,
### RULE 3 OF THE FED.R.CRIM.P.
### COUNT ONE

On or about September 14-15, 2017 in the District of Tucson, and elsewhere, the Defendants, D. Madrid - SIS USP Tucson, Theresa Talplacido - USP Tucson conspired to injure, oppress, threaten, or intimidate namely James Strouse, an inmate, would be a crime under Title 18, United States Code, Section 241, with intent to retaliate, intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States,

Complaint                    Page 1 of 3

OR BECAUSE OF HIS HAVING SO EXERCISED THE SAME, OR IMPEDING HIS LEGAL MAIL TO THE COURTS, UNDER THE FIRST AMENDMENT RIGHTS.

ALL IN VIOLATION OF TITLE 18, USC, SECTION 241.

## COUNT TWO

ON OR ABOUT SEPTEMBER 14-15, 2017 AND OCTOBER 21-31, 2017, IN THE DISTRICT OF TUCSON, AZ., AND ELSWHERE, THE DEFENDANTS D. MADRID, AND THERESA TALPLACIDO, EMPLOYEES OF THE BUREAU OF PRISONS, 9300 S. WILMOT RD, TUCSON AZ. 85756, KNOWINGLY CAUSED DEPRIVATION OF RIGHTS UNDER COLOR OF LAW. WHOEVER, UNDER COLOR OF STATUTE, ANY LAW, ORDINANCE, REGULATION, OR CUSTOM, WILLFULLY SUBJECTS ANY PERSON, NAMELY JAMES STROUSE, IN ANY STATE, TERRITORY, COMMONWEALTH, POSSESSION, OR DISTRICT TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED OR PROTECTED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES. ILLEGALLY SEIZED LEGAL MATERIALS CASE LAWS FOR PREPARATION OF HIS LEGAL WORK, ACCESS TO THE COURTS WOULD BE A CRIME UNDER TITLE 18, UNITED STATES CODE, SECTION 242 WITH INTENT DEPREVATION OF RIGHTS UNDER COLOR OF LAW ON SAID JAMES STROUSE

COMPLAINT          PAGE 2 OF 2

## COUNT THREE

ON OR ABOUT SEPTEMBER 15, 2017   9:45-10:30 AM AT UNITED STATES PENITENTIARY TUCSON, COMPOUND LT'S OFFICE, IN THE DISTRICT OF TUCSON AZ. 9300 S. WILMOT RD., AND ELSEWHERE, THE DEFENDANT D. MADRID SEIZED JAMES STROUSE LEGAL MAILS TO THE UNITED STATES DISTRICT COURT TUCSON DIVISION LAW SUIT COMPLAINT ON SIS FROM AN INCIDENT ON 9/14/2017, AND SEIZED LEGAL MAIL TO THE UNITED STATES COURT OF APPEALS 5TH. CIR. 600 N. MAESTRI PL. NEW ORLEANS, LA. 70130 AMENDED EN BANC BRIEF IN APPEAL NO. 16-41531, AND RELEASED TO USP TUCSON GENERAL COUNSEL THERESA TALPLACIDO, JAMES STROUSE'S LEGAL MAIL x2, SEALED APPELLANT 1 VS. SEALED APPELLEE 1 16-41531, WOULD BE A CRIME UNDER TITLE 18, UNITED STATES CODE, CHAPTER 83, SECTION 1701, OBSTRUCTION OF MAILS GENERALLY (LEGAL MAIL). WHOEVER, TAKES ANY LETTER, POST CARD, OR PACKAGE, LEGAL MAIL KNOWINGLY AND WILLFULLY OBSTRUCTS OR RETARDS PACKAGE OF THE MAIL (LEGAL MAIL) SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN 6 MONTHS, OR BOTH.

ALL IN VIOLATION OF TITLE 18, UNITED STATES CODE, CHAPTER 83, SECTION 1701.