IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION



FILED ____ LODGED
RECEIVED ____ COPY

NOV 16 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

JAMES STROUSE,
VS.
THERESA TALPLACIDO,
D. MADRID,

ACTION NO.
_____/

CV17-0562 TUCRCCPSOT

DECLARATION OF COMPLAINT
UNDER RULE 3 OF THE FED. R. CRIM. P.
BY JAMES BRANDON STROUSE

JAMES STROUSE HEREBY DECLARES:

ON OR AROUND 9/14/2017 AND 9/15/2017 SIS D. MADRID ILLEGALLY SEIZED JAMES STROUSES LEGAL MAIL, AND LEGAL MATERIALS (CASE LAW CITES). AND PLACED STROUSE INTO (SHU) SPECIAL HOUSING UNIT USP TUCSON, 9300 S. WILMOT RD. TUCSON, AZ 85756.

ON ~~OCTOBER~~ SEPTEMBER 15, 2017 FILED FRIVOLOUS INCIDENT REPORT #203 THREATENING SIS D. MADRID. MADRID RELEASED STROUSES ITEMS TO LEGAL COUNSEL THERESA TALPLACIDO. ON OCTOBER 4, 2017 DHO DISMISSED #203 INCIDENT REPORT AND REDUCED TO #312 INSOLANCE.

ON 9/25/2017 SIS ISSUED, FILED 2ND INCIDENT REPORT #203 THREAT AS TO SIS D. MADRID. ON 11/02/2017 (DHO) DISCIPLINARY HEARING OFFICER DISMISSED #203 AND REDUCED #298 INTERFERENCE.

DECLARATION                    PAGE 1 OF 2

ON OCTOBER 31, 2017 STAFF MEMBER C/O ART DULGOV, WARDEN J.T. SHARTLE ASS. AND CO-WORKER OF THERESA TALPLACIDO AND SIS D. MADRID FILED 3RD. #203 INCIDENT REPORT ALLEGING STROUSE THREATEN TO KILL SIS D. MADRID.

ON OCTOBER 31, 2017 SIS PLACED STROUSE ON RESTRICTIVE SEGREGATION (SHU) SPECIAL HOUSING UNIT, AND (HRA) HOUSING, RECREATION ALONE DUE TO RETALLIATION.

ON OCTOBER 31, 2017 SIS PLACED, i.e. MOVED STROUSE FROM (SHU) RANGE D-213 TO F-258 CELL WITHOUT A TABLE TO PREPARE HIS LEGAL WORK OR EAT. STROUSE CURRENTLY PREPARES HIS LEGAL WORK AND EATS OFF HIS BEDDING CELL F-258, AND IS A CARE LEVEL 2 PATIENT, SEE BOP RECORDS, (MEDICAL). STROUSE FILED COMPLAINT TO OIG, NO RESPONSE TO DATE OF FILING THIS DOCUMENT. THESE INCIDENTS HAVE BEEN RECORDED ON (DVR) DIGITAL VIDEO RECORDING.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT USP TUCSON F-258 RANGE, 9300 S. WILMOT RD. TUCSON AZ. 85756 ON NOVEMBER 5, 2017

*James Strouse*