JAMES STROUSE #15976078
P.O. BOX 24550
TUCSON, AZ. 85734



FILED ___ LODGED ___
RECEIVED ___ COPY ___

NOV 16 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE
UNITED STATES DISTRICT COURT
TUCSON DIVISION

JAMES STROUSE,                     ACTION NO,
       VS.
D. MADRID,
THERESA TALPLACIDO,     CV 17-0562 TUC RCC PSOT

PETITION TO FILE COMPLAINT

NOW COMES COMPLAINENT JAMES STROUSE IN PRO SE AND LIBERAL CONSTRUCTION. <u>ESTELLE VS. GAMBLE</u> (1976) 429 US 97, 106.

COMPLAINENT JAMES STROUSE RESPECTFULLY PETITIONS THIS COURT FILE ATTACHED COMPLAINT(S) UNDER RULE 3 OF THE FED. R. CRIM. P. AS TO THE DEFENDANTS D. MADRID, AND THERESA TALPLACIDO ACTING UNDER THE COLOR OF LAW IN VIOLATION OF 18:241; 18:242; AND 18, USC, CH. 83, SECT. 1701 IN THE DISTRICT OF TUCSON, AZ.

<u>18 USC, SECTION 2076</u>

CLERK OF UNITED STATES DISTRICT COURT.
WHOEVER, BEING A CLERK OF A DISTRICT COURT OF THE UNITED STATES, WILLFULLY REFUSES OR

SEE BACKSIDE            PAGE 1 OF 2

NEGLECTS TO MAKE OR FORWARD ANY REPORT, CERTIFICATE, OR STATEMENT, OR DOCUMENT AS REQUIRED BY LAW, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN ONE YEAR, OR BOTH.

TITLE 18, UNITED STATES CODE, CHAPTER 101, SECTION 2076.

## CONCLUSION

FOR THE ABOVE REASON'S, JAMES STROUSE RESPECTFULLY PETITIONS THIS HONORABLE COURT FILE COMPLAINT(S) ON SAID DEFENDANT(S) WITH RESPECT HERETO;

RESPECTFULLY SUBMITTED

James Strouse
11/05/2017