IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Strouse,<br><br>        Plaintiff,<br><br>    v.<br><br>D Madrid, et al.,<br><br>        Defendants. | CASE NO:<br>CV–17–00562–TUC–RCC (PSOT)<br><br>**NOTICE OF ASSIGNMENT** |

      On November 16, 2017, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Raner C Collins and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

      DATED this 16th day of November, 2017.

*s/Brian D. Karth*

Brian D. Karth
District Court Executive/Clerk

cc: Plaintiff

WARNING!

Failure to comply with the following rules will result in your document being STRICKEN and/or your case being DISMISSED:

(1)  You must file a Notice of Change of Address if your address changes.

(2)  You must correctly label any further documents with the above assigned caption and case numbers. LRCiv 7.1(a).

(3)  You must sign your name and date every document you file. FED. R. CIV. P. 11.

(4)  If applicable, you must provide an original and one copy of any document to be filed. If you request a conformed copy, you must provide an original and two (2) copies. LRCiv 5.4. This does not apply to prisoner e−filers.

(5)  If applicable, you must mail copies of every document you file to all respondents. or their attorneys, FED. R. CIV. P. 5(a), and every document you file must include a certificate stating the date a copy of the document was mailed to respondents or their attorneys. This does not apply to prisoner e−filers.

(6)  The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2.