Dear Clerk of the Court

Remit James Strowe #15976078
USP Tucson, P.O. Box 24550
Tucson, AZ. 85734; "Civil Action
No. 4:17 CV 471"

CV-17-562-TUC-RCC-PSOT

On 11/20/2017 I received Complaint No. 4:17 CV 562 through legal Mail, i did not file this to this Court, i filed motion in D.C. Circuit naming Director of BOP to run with 4:17CV471.

3 weeks ago, i mailed a restraining order in civil action no. 4:17 CV 471, did you receive it?

Sis, has been holding my mail in segregation, so i don't know what you received in civil action No. 4:17CV 562.

I already have a civil action No. on sis madrid in 4:17 CV 471, please close 4:17 CV 562 with respect.

Please advise me 4:17 CV 471, what the status is, I am pending transfer, had not been designated yet, but I was told might get Diesel therapy. where they (FBOP) transfers inmate all over the Country, so it will cause interference on law suit's filed by inmates on Institutions.

Sincerely
James B. Strowe 11/21/2017

*Please Close this Case, i already have civil action no. 4:17 CV 0 471 Pending, I don't understand how this case got filed, I filed on D. Madrid Sept. 21, 2017 James Strouse, et, al vs. D. Madrid, et, al. 4:17 CV 471. sincerely James Strouse*
*God Bless*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Strouse,<br><br>    Plaintiff,<br><br>  v.<br><br>D Madrid, et al.,<br><br>    Defendants. | CASE NO:<br>CV–17–00562–TUC–RCC (PSOT)<br><br>**NOTICE OF ASSIGNMENT** |

    On November 16, 2017, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge Raner C Collins and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

    DATED this 16th day of November, 2017.

                           *s/Brian D. Karth*

                           Brian D. Karth
                           District Court Executive/Clerk

cc: Plaintiff

*I if this was concerning restraining order it was meant for 4:17 CV 471, (FBOP) holding my mail and tampering tampering with my mail, I dont know what this is from?*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | WARNING! |
| 9 | Failure to comply with the following rules will result in your document being STRICKEN |
| 10 | and/or your case being DISMISSED: |
| 11 | (1) You must file a Notice of Change of Address if your address changes. |
| 12 | (2) You must correctly label any further documents with the above assigned |
| 13 | caption and case numbers. LRCiv 7.1(a). |
| 14 | (3) You must sign your name and date every document you file. FED. R. CIV. P. 11. |
| 15 | (4) If applicable, you must provide an original and one copy of any document to |
| 16 | be filed. If you request a conformed copy, you must provide an original |
| 17 | and two (2) copies. LRCiv 5.4. This does not apply to prisoner e-filers. |
| 18 | (5) If applicable, you must mail copies of every document you file to all respondents. |
| 19 | or their attorneys, FED. R. CIV. P. 5(a), and every document you file |
| 20 | must include a certificate stating the date a copy of the document was mailed |
| 21 | to respondents or their attorneys. This does not apply to prisoner e-filers. |
| 22 | (6) The documents you file must not include personal identifiers. FED. R. CIV. P. 5.2. |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Federal Rule 5.2 Civil Privacy Protection For Filings Made with the Court

(a) **Redacted Filings.** Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

    (1) the last four digits of the social-security number and taxpayer-identification number;

    (2) the year of the individual's birth;

    (3) the minor's initials; and

    (4) the last four digits of the financial-account number.

(b) **Exemptions from the Redaction Requirement.** The redaction requirement does not apply to the following:

    (1) a financial-account number that identifies the property allegedly subject to forfeiture in a forfeiture proceeding;

    (2) the record of an administrative or agency proceeding;

    (3) the official record of a state-court proceeding;

    (4) the record of a court or tribunal, if that record was not subject to the redaction requirement when originally filed;

    (5) a filing covered by Rule 5.2(c) or (d); and

    (6) a pro se filing in an action brought under 28 U.S.C. §§ 2241, 2254, or 2255.

(c) **Limitations on Remote Access to Electronic Files; Social-Security Appeals and Immigration Cases.** Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows:

    (1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record;

    (2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to:

        (A) the docket maintained by the court; and

        (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record.